Kent J. Schmidt (SBN 195969)
schmidt.kent@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone:  (714) 800-1400
Facsimile:  (714) 800-1499

M. Benjamin Machlis (admitted *pro hac vice*)
machlis.ben@dorsey.com
Megan Houdeshel (admitted *pro hac vice*)
houdeshel.megan@dorsey.com
DORSEY & WHITNEY LLP
111 S. Main Street, 21st Floor
Salt Lake City, UT 84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373

Attorneys for Defendant California Cascade
Building Materials, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, a California limited liability company,<br><br>             Plaintiff,<br><br>v.<br><br>CALIFORNIA CASCADE BUILDING MATERIALS, INC., a Delaware corporation;<br><br>             Defendant. | CASE NO:  2:19-cv-01936 TLN KJN<br><br>**ORDER REFERRING CASE TO ASSIGNED MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

## ORDER

This matter came before the Court on Plaintiff Eden Environmental Citizen's Group, LLC ("Plaintiff") and Defendant California Cascade Building Materials, Inc.'s ("Defendant") joint stipulation to refer this matter to Magistrate Judge Newman for a settlement conference on the first available date. Having considered the joint stipulation, and for good cause shown, the Court **ORDERS** as follows:

This matter is hereby referred to Magistrate Judge Newman for a settlement conference on the first available date.

**IT IS SO ORDERED.**

DATED: December 10, 2021

Troy L. Nunley
United States District Judge